UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 08 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSEPH PATRICK CUVIELLO, Plaintiff - Appellant, v. CITY OF BELMONT; et al., Defendants - Appellees. | No. 23-16135 D.C. No. 3:23-cv-00029-LB U.S. District Court for Northern California, San Francisco **MANDATE** |

The judgment of this Court, entered May 20, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT